445 A.2d 509

**KOIKE AMERICA, INC.**

v.

**E M E ENTERPRISES, INC., a Pennsylvania Corporation, and Elliott M. Edelstein, Appellants.**

Superior Court of Pennsylvania.

Argued April 27, 1982.

Filed May 5, 1982.

Vincent P. Ventomiller, Pittsburgh, for appellants.

Robert D. Barozzini, Pittsburgh, for appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

PER CURIAM:

This is an appeal from an order denying appellants' motion to dismiss appellee's amended complaint for failure to

file it within the time allowed by a prior order of court. Such an order is interlocutory and not appealable.

The appeal is quashed, and the case is remanded to the trial court for further proceedings. Jurisdiction is relinquished.